Same case below, 625 F.3d 42.

**No. 10-8178. Shawn Pethtel, Petitioner v. David Ballard, Warden.**

563 U.S. 976, 131 S. Ct. 2873, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3416.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 617 F.3d 299.

**No. 10-8276. Manuel Vigil, Petitioner v. United States.**

563 U.S. 976, 131 S. Ct. 2873, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3442.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 628 F.3d 93.

**No. 10-8676. Roger Hoan Brady, Petitioner v. California.**

563 U.S. 976, 131 S. Ct. 2874, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3531.

May 2, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 50 Cal. 4th 547, 113 Cal. Rptr. 3d 458, 236 P.3d 312.

**No. 10-9162. C. M., Petitioner v. West Virginia Department of Health and Human Resources, et al.**

563 U.S. 976, 131 S. Ct. 2898, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3393.

May 2, 2011. Petition for writ of certiorari to the Circuit Court of West Virginia, Kanawha County, denied.

**No. 10-9185. Abel Rosas, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

563 U.S. 976, 131 S. Ct. 2876, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3470.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9186. Donald Gene Brooks, Petitioner v. Tennessee.**

563 U.S. 976, 131 S. Ct. 2876, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3448.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 626 F.3d 878.

**No. 10-9188. James A. Calhoun-El, Petitioner v. Gary D. Maynard, Secretary, Maryland Department of Public Safety and Correctional Services, et al.**

563 U.S. 976, 131 S. Ct. 2876, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3477.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 846.

**No. 10-9196. Michael Shivers, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 976, 131 S. Ct. 2876, 179 L. Ed. 2d 1191, 2011 U.S. LEXIS 3445.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.